UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00584-FDW-DSC

| LEGACY DATA ACCESS, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| MEDIQUANT, INC., | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Plaintiff's Motion for Partial Summary Judgment (Doc. No. 31), Defendant's Motion for Summary Judgment (Doc. No. 34), Plaintiff's Motion for Sanctions (Doc. No. 53), and Defendant's Motion to Strike (Doc. No. 56). The Court held a hearing on these motions on December 6, 2016 ("the hearing").

For the reasons stated in the Court's oral ruling in open Court following the hearing, Plaintiff's Motion for Partial Summary Judgment (Doc. No. 31) and Defendant's Motion for Summary Judgment (Doc. No. 34) are DENIED.

In addition, for the reasons stated in the Court's oral ruling in open Court following the hearing, the Court continues trial in this case from the January trial term to the March trial term to allow additional discovery as limited by the Court's oral ruling. The Case Management Order (Doc. No. 17) is hereby amended to reflect the new deadlines set by the Court in its oral ruling. Accordingly, Plaintiff's Motion for Sanctions (Doc. No. 53) and Defendant's Motion to Strike (Doc. No. 56) are DENIED AS MOOT.

IT IS SO ORDERED.

Signed: December 6, 2016

Frank D. Whitney
Chief United States District Judge