# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Legacy Data Access, LLC, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00584-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| MediQuant, Inc., | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court at trial and a jury verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's July 27, 2017 Verdict.

August 10, 2017

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court